UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NATIVE VILLAGE OF NAKNEK, ) ) | |
| Plaintiff, ) ) | No. 3:14-cv-05740 |
| v. ) ) | AT LAW AND IN ADMIRALTY |
| JONES PACIFIC MARITIME, LLC, ) HARVEY B. JONES, ) *in personam* ) and ) the F/V SEAHORSE, Official ) Number 292012, her ) engines, machinery, tackle, ) furniture, apparel, ) appurtenances, and ) equipment, etc., ) *in rem*, ) ) Defendants. ) ) | ORDER AUTHORIZING CLERK TO ISSUE PROCESS PURSUANT TO SUPPLEMENTAL RULE C |

This matter having come on upon the motion of Plaintiff pursuant to Supplemental Rule for Admiralty and Maritime Claims and Asset Forfeiture Actions C(3), and the Court having considered the records and files herein, and having concluded that the conditions for

Order Authorizing Clerk to Issue a Warrant for Arrest
Pursuant to Supplemental Rule C - 1
Case No. 3:14-cv-05740

LANDYE BENNETT BLUMSTEIN LLP
701 W 8TH AVE., SUITE 1200
ANCHORAGE, AK 99501
(907) 276-5152

1 an action *in rem* appear to exist, now therefore it is

2    ORDERED that the Clerk is authorized to issue a Warrant for the arrest of the
3 defendant Vessel, SEAHORSE, Official Number 292012, her engines, tackle, apparel,
4 furniture, appurtenances and equipment.

5

6    DATED this 18th day of September, 2014.

7

8                                          _____
9                                          BENJAMIN H. SETTLE
10                                         United States District Judge

11
Presented By:
12
   LANDYE BENNETT BLUMSTEIN LLP
13   Attorneys for Native Village of Naknek

14  s/Bruce A. Moore
   Bruce A. Moore
15  ABA No.: 8611124
   WSBA No.: 43535
16
17  LANDYE BENNETT BLUMSTEIN LLP
   701 West Eighth Avenue,
18  Suite 1200
   Anchorage, Alaska 99501
19  Telephone (907) 276-5152
   Facsimile (907) 276-8433
20  E-mail: brucem@lbblawyers.com

21
22
23
24
25